1  MICHELE BECKWITH
   Acting United States Attorney
2  CODY S. CHAPPLE
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:24-po-00361-CDB |
| Plaintiff, | [Citation #E2152450 CA/10] |
| v. | |
| MANUEL A. MERCADO ACEITUNO, | AMENDED MOTION AND [PROPOSED] ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Cody S. Chapple, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00361-CDB [Citation #E2152450 CA/10] against MANUEL A. MERCADO ACEITUNO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 14, 2025           Respectfully submitted,

                                  MICHELE BECKWITH
                                  Acting United States Attorney

                            By:   /s/ *Cody S. Chapple*
                                  CODY S. CHAPPLE
                                  Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:24-po-00361-CDB [Citation #E2152450 CA/10] against MANUEL A. MERCADO ACEITUNO be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **January 14, 2025**

_____
UNITED STATES MAGISTRATE JUDGE